UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BULMARO LOPEZ-HERRERA,<br><br>Defendant. | Case No. 1:12-cr-00202-BLW<br><br>**REPORT AND RECOMMENDATION** |

On December 18, 2012, Defendant Bulmaro Lopez-Herrera appeared before the undersigned United States Magistrate Judge to enter pleas of guilty pursuant to a written plea agreement. The Defendant executed a waiver of the right to have the presiding United States District Judge take his pleas. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Superseding Information (Dkt. 17), the maximum penalties applicable, his constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the plea hearing and having inquired of the Defendant, his counsel, and the government, finds that there is a factual basis for the Defendant's guilty pleas, that he entered them voluntarily and with full knowledge of the consequences, and that the pleas should be accepted. The undersigned also ordered a pre-

REPORT AND RECOMMENDATION - 1

sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Bulmaro Lopez-Herrera's pleas of guilty to Counts One and Two of the Superseding Information. (Dkt. 17.)

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: Dec 18th, 2012.

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 2